DORSETT V. STATE

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO.  2-06-173-CR

LEONARD R. DORSETT APPELLANT

V.

THE STATE OF TEXAS STATE

------------

FROM COUNTY CRIMINAL COURT NO. 10 OF TARRANT COUNTY

------------

MEMORANDUM OPINION
(footnote: 1)

------------

Appellant Leonard R. Dorsett attempts to appeal the trial court’s denial of his petition for writ of mandamus in which Appellant apparently challenged his conviction by a municipal court.  On May 30, 2006, we notified Appellant that this court was concerned that it lacked jurisdiction over this appeal.  On June 9, 2006, Appellant filed a response, conceding that the denial of the writ of mandamus was not appealable.  We therefore dismiss this appeal.  
See 
Tex. R. App. P.
 43.2(f), 44.3.

PER CURIAM

PANEL D: GARDNER, J.; CAYCE, C.J.; and DAUPHINOT, J.

DO NOT PUBLISH

Tex. R. App. P.
 47.2(b)

DELIVERED:  July 20, 2006 

FOOTNOTES
1:
See 
Tex. R. App. P. 
47.4.